**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 10 C 07674 |
| | ) | |
| v. | ) | Judge Shadur |
| | ) | |
| BIORX PHARMACEUTICALS, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Glen Ellyn Pharmacy, Inc. and defendant BioRx Pharmaceuticals, Inc. hereby stipulate and agree to the dismissal of Plaintiff's individual claims against BioRx Pharmaceuticals, Inc. with prejudice and without costs. Plaintiff's class claims alleged against Defendant are dismissed without prejudice and without costs.

Respectfully submitted,

GLEN ELLYN PHARMACY, INC.          BIORX PHARMACEUTICALS, INC.

By: /s/ Dulijaza Clark             By: /s/ John C. Gekas
One of Its Attorneys             One of Its Attorneys

Dulijaza Clark                    John C. Gekas
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC   Chris Gekas
120 S. LaSalle St.                GEKAS LAW LLP
Suite 1800                      11 South LaSalle
Chicago, IL 60603             Suite 1700
Phone: (312) 739-4200         Phone: (312) 726-4501
Fax: (312) 419-0379            Fax: (312) 726-4505

## **CERTIFICATE OF SERVICE**

I, Dulijaza Clark, certify that on December 27, 2010, I caused a true and accurate copy of the foregoing document to be served via Court's CM/ECF system upon:

**Constantine John Gekas**
**cjg@gekaslaw.com**

**John Constantine Gekas**
**jgekas@gekaslaw.com**


                        /s/ Dulijaza Clark
                        Dulijaza Clark


Daniel A. Edelman
Julie (Dulijaza) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)